JS6

```
Evan Selik (SBN 251039)
Christine Zaouk (SBN 251355)
McCATHERN LLP
523 West Sixth Street, Suite 830
Los Angeles, California 90014
(213) 225-6150 / Fax (213) 225-6151
eselik@mccathernlaw.com
czaouk@mccathernlaw.com
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH TANNENBAUM, individually and on behalf of other persons similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MARRIOT INTERNATIONAL, INC.; SLS HOTEL BEVERLY HILLS and DOES 1-50<br><br>            Defendants | Case No. 2:22-cv-01609-RGK-JPR<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S ACTION [12]<br><br>Complaint Filed: January 4, 2022<br>Trial Date:        None. |

Having considered the plaintiff's counsel in support of dismissal of Plaintiff's Class Action Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff Noah Tannenbaum's claims are dismissed in their entirety with prejudice;

///

///

[~~Proposed~~] Order

2. The claims of putative class putative class members are dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 21, 2022

*Gary Klausner*

Honorable R. Gary Klausner
U.S. District Judge

[Proposed] Order